David S. Blau (Bar No. 166825)
Law Offices of David S. Blau
6080 Center Drive, 6th Floor
Los Angeles, California 90045
(310) 242-6671 phone
(310) 242-6171 fax
david@davidsblaulaw.com

Attorneys for Defendant
CLARENDON AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. COCHRAN CONSTRUCTION, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY<br><br>Defendants. | Case No C-05-03444 SI<br><br>**STIPULATION TO SET ASIDE DEFAULT**<br>[Concurrently Filed and Served with [proposed] Order and [proposed] Answer of Clarendon America Insurance Company]<br><br>Complaint filed 10-11-05 |

Defendant CLARENDON AMERICA INSURANCE COMPANY ("CLARENDON") and Plaintiff WAYNE D. COCHRAN CONSTRUCTION, INC. hereby stipulate that:

1. The default entered against CLARENDON on November 10, 2005, in this action be set aside;

2. The Court deem the Answer of CLARENDON attached hereto as "Exhibit 1" be deemed filed as of the date the default is set aside; and

3. The Case Management Conference in this matter will take place on **March 24, 2006, at 9:00 a.m.** in Courtroom 10 (19th Floor), of the above-referenced court located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 6, 2006

Respectfully submitted,

David S. Blau
LAW OFFICES OF DAVID S. BLAU
Counsel for Defendant
Clarendon America Insurance Company

Dated: February 15, 2006

Respectfully submitted,

The initial case management conference shall occur on Friday, March 10, 2006, at 2:00 p.m. The parties must file a joint case management conference statement one week prior to the conference.

Ramiro Morales
MORALES & GARY
Counsel for Plaintiff
Wayne D. Cochran Construction, Inc.

IT IS SO ORDERED AS MODIFIED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA