IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. COCHRAN CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLAREDON AMERICAN INSURANCE COMPANY, <br><br> Defendant. / | No. C 05-03444 SI <br><br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 9, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 10/20/06; REBUTTAL: 11/2/06.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by August 25, 2006;

 Opp. Due September 8, 2006; Reply Due September 15, 2006;

 and set for hearing no later than September 29, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 27, 2006 at 3:30 PM.

JURY TRIAL DATE: March 12, 2007 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program. The ENE session shall occur prior to the end of May 2006.

The parties have agreed to serve first set of interrogatories and request for production of documents by 5/21/06 and the depositions of parties and witnesses shall be taken no later than 7/28/06.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/30/06

_____
SUSAN ILLSTON
United States District Judge