Ramiro Morales (State Bar No.167947)
Daniel Olsen (State Bar No. 236578)
MORALES & GARY
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, California 94523
Telephone: 925/288-1776
Facsimile: 925/288-1856

Attorneys for Plaintiff,
WAYNE D. COCHRAN CONSTRUCTION, INC.

David S. Blau (State Bar No.166825)
LAW OFFICES OF DAVID S. BLAU
6080 Center Drive, 6th Floor
Los Angeles, California 90045
Telephone: 310/242-6875
Facsimile: 310/242-6171

Attorneys for Defendant
CLARENDON AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| WAYNE D. COCHRAN CONSTRUCTION, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY,<br><br>Defendants | CASE NO.: **C05-03444 SI**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR NINETY-DAY CONDITIONAL DISMISSAL.** |

Plaintiff Wayne D. Cochran Construction, Inc. (hereinafter referred to as "WDCC") and Defendant, Clarendon America Insurance Company (herein after referred to as "Clarendon"), hereby submit this Joint Stipulation and [Proposed] Order for Ninety-day Conditional Dismissal.

WHEREAS, WDCC and Clarendon have amicably resolved their differences on all matters in controversy, arising in this case, and have reached a full and final compromise of all claims.

WHEREFORE, by Joint Stipulation, the parties respectfully request that the Court enter an Order granting a conditional dismissal of this case for ninety days, to allow the parties adequate

-1-

JOINT STIPULATION AND [PROPOSED] ORDER
FOR NINETY-DAY CONDITIONAL DISMISSAL.

Case No.: C05-03444 SI

time to memorialize the terms of their settlement and file a Request for Dismissal. If additional time is needed, the parties shall advise the Court and request a hearing if necessary.

IT IS SO AGREED:

DATED: May 25, 2006     MORALES & GARY

By: _____
Ramiro Morales
Daniel R. Olsen
Attorneys for Plaintiff,
WAYNE D. CONSTRUCTION COMPANY

DATED: May 23, 2006     Law Offices of David S. Blau

By: _____
David S. Blau
Attorney for Defendant
CLARENDON AMERICA INSURANCE COMPANY

The Court, having reviewed the stipulation and good cause appearing on the merits, Orders as follows:

The complaint and the causes of action therein filed by Plaintiff, WDCC, against Defendant, Clarendon, be and the same hereby shall be dismissed with prejudice, absent an objection filed with this Court within ninety-days from the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____
SUSAN Y. ILLSTON
Judge of the Federal District Court

S:\DOCS\VC9327\STP060522.DRO.wpd

-2-

JOINT STIPULATION AND [PROPOSED] ORDER
FOR NINETY-DAY CONDITIONAL DISMISSAL.

Case No.: C05-03444 SI